IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                                    :Chapter 13

Troy Thompson


(DEBTOR)                                          :Bankruptcy No. 20-14416AMC13


**P R A E C I P E**


**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly remove mailing address of above captioned debtor.

**Remove:   2110 Alfred Drive
            Lansdowne, PA  19050**


Date: December 22, 2020                     BY: /s/ Michael A. Cataldo
                                                 MICHAEL A. CATALDO, ESQUIRE
                                                 Cibik & Cataldo, P.C.
                                                 1500 Walnut Street, Suite 900
                                                 Philadelphia, PA  19102
                                                 215-735-1060/fax 215-735-6769