

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
PHILADELPHIA MUNICIPAL COURT-TRAFFIC DIVISION
800 SPRING GARDEN STREET
PHILADELPHIA, PA 19123-2690
(215) 686-1570

GARY S. GLAZER
ADMINISTRATIVE JUDGE

January 29, 2021

Michael A. Cibik, Esquire
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

            Re:    See Attached List of Debtors
                   Chapters 7 and 13

Dear Mr. Cibik:

    We have been notified that the cases listed on the attached
sheet were filed by the Federal Bankruptcy Court.

    An initial search of our records indicates that there are
no outstanding citations charged to the aforementioned debtors.
However, if you will provide this office with the following
information, we will further research the cases in an effort to
protect the rights of the debtor(s).

    1.    Prior addresses (in or out-of-state)
    2.    Date of birth for the petitioner(s)
    3.    Driver's license number for the petitioner(s)
    4.    Citation number(s)

    If you determine that the Philadelphia Municipal Court,
Traffic Division, should not have been listed as a creditor in
the cases listed on the attached addendum to this letter, please
notify us in writing so we may bring closure to the matters.

    Please be advised that the Philadelphia Municipal Court,
Traffic Division, has no jurisdiction over parking violations.

    Your prompt response to this correspondence is sincerely
appreciated, as it will assist us in proceeding with the proper
filing.

                                Sincerely,

                                Gary S. Glazer
                                ADMINISTRATIVE JUDGE

GSG/mm
Attachment
cc: Bankruptcy Court

## (7) ATTACHMENT: CIBIK, January 29, 2021, Bankruptcy Proceedings

| DEBTOR NAME | CHAPER | CASE NUMBER | FILED |
|---|---|---|---|
| Thompson, Troy | 13 | 20-14416-amc | 11/11/2020 |
| Cotton A. Chasity | 7 | 20-14557-mdc | 11/25/2020 |
| Gainey, Letasha S. | 13 | 20-14623-mdc | 12/2/2020 |
| Alexander, Gwendolyn F. | 13 | 20-14660-mdc | 12/7/2020 |
| Batterman, Chad | 7 | 20-14658-elf | 12/7/2020 |
| Schaffer, Beverly A. | 13 | 20-14718-amc | 12/11/2020 |
| Perry, Jorgett R. | 7 | 20-14716-mdc | 12/11/2020 |
| Johnson, Pamela Darlene | 13 | 20-14817-pmm | 12/22/2020 |
| Cutler, Suzanne M. | 7 | 21-10005-amc | 1/4/2021 |
| Rice, Elbert L. | 7 | 20-10105-mdc | 1/15/2021 |