United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Troy Thompson  
    Debtor

Case No. 20-14416-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: May 12, 2021      Form ID: 155      Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Troy Thompson, 2090 Baker Road, Suite 304-142, Kennesaw, GA 30144-4600 |
| 14559937 | + | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 14559939 | + | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14559941 | + | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14559942 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14562828 | + | PNC BANK, NATIONAL ASSOCIATION, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14562588 | + | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14559944 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14559946 | + | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661-3631 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14559928 | + | Email/Text: EBNProcessing@afni.com | May 13 2021 01:44:00 | Afni, Inc., Attn: Bankruptcy, PO Box 3097, Bloomington, IL 61702-3097 |
| 14559931 | | Email/Text: megan.harper@phila.gov | May 13 2021 01:44:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14559932 | | Email/Text: megan.harper@phila.gov | May 13 2021 01:44:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14559929 | + | Email/Text: ecf@ccpclaw.com | May 13 2021 01:43:00 | Cibik and Cataldo, P.C., 1500 Walnut St., Suite 900, Philadelphia, PA 19102-3518 |
| 14559933 | + | Email/Text: bankruptcy@philapark.org | May 13 2021 01:44:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14559934 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 13 2021 01:44:00 | Credit Collections Svc, PO Box 773, Needham, MA 02494-0918 |
| 14559935 | + | Email/Text: bankruptcynotices@dcicollect.com | May 13 2021 01:44:00 | Diversified Consultant, P O Box 551268, Jacksonville, FL 32255-1268 |
| 14559938 | + | Email/Text: bknotice@ercbpo.com | May 13 2021 01:44:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14559936 | + | Email/Text: bknotice@ercbpo.com | May 13 2021 01:44:00 | Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14559940 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 13 2021 01:43:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14577489 | | Email/Text: Bankruptcy.Notices@pnc.com | May 13 2021 01:43:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14559945 | | Email/Text: Bankruptcy.Notices@pnc.com | May 13 2021 01:43:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14559943 | + | Email/Text: bankruptcy@philapark.org | May 13 2021 01:44:00 | Philadelphia Parking Authority, Bankruptcy |

| Recip ID | | | | |
|---|---|---|---|---|
| 14559947 | + Email/Text: bankruptcydepartment@tsico.com | | | Department, 701 Market Street, Philadelphia, PA 19106-2895 |
| | | | May 13 2021 01:44:00 | Transworld Sys Inc/09, 507 Prudential Rd, Horsham, PA 19044-2308 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14559930 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 14, 2021                Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MICHAEL A. CATALDO2 | on behalf of Debtor Troy Thompson ecf@ccpclaw.com igotnotices@ccpclaw.com |
| MICHAEL A. CIBIK2 | on behalf of Debtor Troy Thompson ecf@ccpclaw.com igotnotices@ccpclaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Troy Thompson
    Debtor(s)

Chapter: 13
Bankruptcy No: 20−14416−amc

---

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this 12th day of May, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Ashely M. Chan
Judge ,
United States Bankruptcy Court

39 − 35
Form 155