**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: TROY THOMPSON,<br>　　　　　Debtor(s). | Case No. 20-14416AMC13<br><br>Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

**AND NOW**, this _____ day of _____, 20_____, upon consideration of the Application for Compensation, it is

**ORDERED** that compensation of **$5,500.00** is allowed and the balance due to counsel in the amount of **$4,500.00** shall be disbursed by the Trustee to the extent provided for in the confirmed plan.

BY THE COURT

_____

**Date: June 2, 2021**

HON. ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE