| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-14416-AMC**

Troy Thompson
2090 Baker Road
Suite 304-142
Kennesaw  GA    30144

Petition Filed Date: 11/11/2020
341 Hearing Date: 01/08/2021
Confirmation Date: 05/12/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/18/2020 | $500.00 | | 01/21/2021 | $500.00 | | 02/23/2021 | $500.00 | |
| 03/11/2021 | $500.00 | | 04/30/2021 | $500.00 | | | | |

**Total Receipts for the Period:  $2,500.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $2,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PNC BANK NA<br>»»  001 | Mortgage Arrears | $16,995.01 | $0.00 | $16,995.01 |
| 0 | CIBIK & CATALDO PC | Attorney Fees | $4,500.00 | $0.00 | $4,500.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,500.00 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $0.00 | Arrearages: | $500.00 |
| Paid to Trustee: | $175.00 | Total Plan Base: | $24,000.00 |
| Funds on Hand: | $2,325.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.readingch13.com/payments/ for more  information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.