**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Troy Thompson<br>　　　　　　　　　Debtor(s)<br><br>PNC BANK, NATIONAL ASSOCIATION<br>　　　　　　v.<br>Troy Thompson<br>　　　　　　and<br>Scott F. Waterman<br>　　　　　　　　　Trustee | Chapter 13<br><br><br>NO. 20-14416 AMC |

**ORDER**

AND NOW, this　　　day of　　　　　, 2021 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on March 31, 2021 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow PNC BANK, NATIONAL ASSOCIATION and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 2634 South Daggett Street Philadelphia, PA 19142.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: August 2, 2021**

　　　　　　　　　　　　　　　　　　　　_Ashely_
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Troy Thompson
2110 Alfred Drive
Lansdowne, PA 19050

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Michael A. Cataldo2 Esq.
1500 Walnut Street (VIA ECF)
Suite 900
Philadelphia, PA 19102

Michael A. Cibik2 Esq.
1500 Walnut Street, Suite 900 (VIA ECF)
Philadelphia, PA 19102

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532